# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,819,042
Registered Feb. 1, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN & DUFFIN
2062 UNION STREET, THIRD FLOOR
SAN FRANCISCO, CA 94123

FOR: CLOTHING; NAMELY, T-SHIRTS, SHORTS, HATS, VISORS AND SCARVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1984; IN COMMERCE 11-0-1984.

SER. NO. 74-389,590, FILED 5-12-1993.

KATHERINE STOIDES, EXAMINING ATTOR-NEY

Int. Cl.: 9

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**
Reg. No. 1,840,372
Registered June 21, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN & DUFFIN
2062 UNION STREET, THIRD FLOOR
SAN FRANCISCO, CA 94123

    FOR: PRERECORDED VIDEO AND AUDIO CASSETTE TAPES FEATURING MUSICAL PERFORMANCES AND PHONOGRAPH

RECORDS FEATURING MUSICAL PERFORM-ANCES, IN CLASS 9 (U.S. CL. 36).
    FIRST USE 3–0–1983; IN COMMERCE 3–0–1983.

    SER. NO. 74–389,592, FILED 5–12–1993.

KATHERINE STOIDES, EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cl.: 38

**United States Patent and Trademark Office**

Reg. No. 1,842,920

Registered July 5, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN & DUFFIN
2062 UNION STREET, THIRD FLOOR
SAN FRANCISCO, CA 94123

FOR: POSTERS, TOUR BOOKS RELATING TO MUSICAL PERFORMANCES, CONCERT PROGRAMS, STICKERS AND DECALS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 11–0–1986; IN COMMERCE 11–0–1986.

SER. NO. 74–389,591, FILED 5–12–1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

## United States Patent and Trademark Office

Reg. No. 1,923,477
Registered Oct. 3, 1995

### TRADEMARK
**PRINCIPAL REGISTER**



METALLICA (PARTNERSHIP)
SIEGEL, FELDSTEIN & DUFFIN
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: SERIES OF PRE-RECORDED VIDEO AND AUDIO CASSETTES, AND A SERIES OF PRE-RECORDED PHONOGRAPH RECORDS AND COMPACT DISCS FEATURING MUSI-CAL PERFORMANCES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-1983; IN COMMERCE 3-0-1983.

SER. NO. 74-580,770, FILED 9-30-1994.

ODETTE BONNET, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,038,081

Registered Feb. 18, 1997

## SERVICE MARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SIEGEL FELDSTEIN & DUFFIN
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: ENTERTAINMENT SERVICES, NAMELY LIVE MUSICAL PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.
OWNER OF U.S. REG. NOS. 1,819,042, 1,842,920 AND OTHERS.

SER. NO. 74-581,261, FILED 10-3-1994.

ODETTE BONNET, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,198,824

Registered Oct. 20, 1998

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
SEIGEL, FELDSTEIN, DUFFIN & VUYLSTEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: POSTERS, TOUR BOOKS RELATING TO MUSICAL PERFORMANCES, CONCERT PROGRAMS, STICKERS, DECALS, CALENDARS, SCRAPBOOK ALBUMS, AUTOGRAPH BOOKS, ADDRESS BOOKS, APPOINTMENT BOOKS, ART PICTURES, ART PAPERS, PAPER BANNERS, BINDERS, PENCILS, PENCIL CASES, BALL POINT PENS, BOOK COVERS, SONG BOOKS, PAPER NOTEBOOKS, GREETING CARDS, GIFT WRAPPING PAPER, DECO-

RATING PAPERS, PAPER EMBLEMS, PAPER FLAGS, LITHOGRAPHS, MAGAZINES RELATING TO A MUSICAL GROUP, TRADING CARDS, PAPER PLACE MATS, AND PAPER COASTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12–19–1996; IN COMMERCE 12–19–1996.

THE STIPPLING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SN 75–120,026, FILED 6–17–1996.

K. MARGARET LE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,213,592

## United States Patent and Trademark Office

Registered Dec. 29, 1998

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN, DUFFIN & VUYL-
   STEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, HOODED SHIRTS, CREW SHIRTS, PONCHOS, HEADWEAR, AND BASEBALL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1984; IN COMMERCE 11–0–1984.

OWNER OF U.S. REG. NOS. 1,819,042, 1,923,477 AND OTHERS.

SER. NO. 74–713,504, FILED 8–10–1995.

RUDY R. SINGLETON, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,231,065

Registered Mar. 9, 1999

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SEIGEL, FELDSTEIN, DUFFIN & VUYL-
STEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, PULLOVERS, COVERALLS, SHIRTS, HEAD-WEAR, NAMELY, HATS, BASEBALL CAPS, AND STOCKING CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6–9–1996; IN COMMERCE 6–9–1996.

OWNER OF U.S. REG. NOS. 1,819,042 AND 1,840,372.

THE STIPPLING SHOWN IN THE DRAWING OF THE MARK IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SN 75–120,458, FILED 6–17–1996.

K. MARGARET LE, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

United States Patent and Trademark Office

Reg. No. 2,260,705

Registered July 13, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGE-
MENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: BACKPACKS, HANDBAGS, AND WAL-
LETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND
41).

FIRST USE 11–22–1995; IN COMMERCE
11–22–1995.

OWNER OF U.S. REG. NOS. 1,819,042, 2,085,137
AND OTHERS.

SER. NO. 75–440,871, FILED 2–26–1998.

ALICE BENMAMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,504,291

Registered Nov. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, SHIRTS, SWEAT-PANTS, HOCKEY JERSEYS, SOCCER JERSEYS, SWEATSHIRTS, FASHION KNIT SHIRTS, BUT-TON-DOWN SHIRTS, BASKETBALL JERSEYS, LONG-SLEEVE T-SHIRTS, TANK TOPS, JACKETS, SWEATERS, BASEBALL JERSEYS, BABY DOLL T-SHIRTS, POLO SHIRTS, WIND BREAKERS, MUS-CLE T-SHIRTS, BABY ROMPERS, TODDLER T-SHIRTS, ALLOVERS, BANDANNAS, MOCK TUR-TLE NECKS, TRACK PANTS, PONCHOS, AND HOODED SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1984; IN COMMERCE 11-0-1984.

OWNER OF U.S. REG. NOS. 1,818,269, 2,321,362 AND OTHERS.

SER. NO. 76-180,790, FILED 12-14-2000.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,621,220
Registered Sep. 17, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (CALIFORNIA GENERAL PART-
NERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: AIR FRESHENERS, IN CLASS 5 (U.S. CLS. 6,
18, 44, 46, 51 AND 52).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,193
AND OTHERS.

SER. NO. 76-347,632, FILED 12-11-2001.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,712,922
Registered May 6, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (CALIFORNIA GENERAL PART-
NERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: NOVELTY LICENSE PLATES MADE OF
PLASTIC; NON-METAL KEY CHAINS; FURNI-
TURE; AND PROMOTIONAL CANS CONTAINING
VARIOUS MERCHANDISE, NAMELY, NON-ME-
TAL DOG TAGS, DOOR HANGERS CONTAINING
WORDED INSTRUCTIONS, VIDEOCASSETTES,
COMPACT DISCS, BOTTLE OPENERS, T-SHIRTS,

AND RAIN PONCHOS ALL SOLD AS A UNIT, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,193
AND OTHERS.

SER. NO. 76-347,631, FILED 12-11-2001.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 27

Prior U.S. Cls.: 19, 20, 37, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,781,225

Registered Nov. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# METALLICA

METALLICA (CALIFORNIA GENERAL PART-
  NERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: FLOOR MATS FOR VEHICLES AND SUV
MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,193
AND OTHERS.

SER. NO. 76-347,464, FILED 12-11-2001.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,804,625**

Registered Jan. 13, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

    FOR: JEWELRY AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

    FIRST USE 12-0-1989; IN COMMERCE 12-0-1989.

    OWNER OF U.S. REG. NOS. 2,321,362, 2,615,328 AND OTHERS.

    SER. NO. 76-499,499, FILED 3-21-2003.

TONJA GASKINS, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

Reg. No. 2,841,402

**United States Patent and Trademark Office**   Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

   FOR: ACTION FIGURES AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-6-2001; IN COMMERCE 9-6-2001.

   OWNER OF U.S. REG. NOS. 1,819,042, 2,504,291, AND OTHERS.

   SN 76-976,466, FILED 3-22-2001.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,261,375

Registered July 10, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (CALIFORNIA PARTNERSHIP)
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-15-2000; IN COMMERCE 10-15-2000.

OWNER OF U.S. REG. NOS. 1,819,042, 2,504,291, AND OTHERS.

SN 76-229,230, FILED 3-22-2001.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,275,658

Registered Aug. 7, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: POSTERS, CALENDARS, DECALS, SONG BOOKS, MAGAZINES IN THE FIELD OF MUSIC, PAPER COASTERS, NOTEBOOKS AND STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 1,842,920, 2,614,328, AND OTHERS.

SN 76-525,545, FILED 5-27-2003.

TONJA GASKINS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,275,659**

**United States Patent and Trademark Office**

Registered Aug. 7, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, SHORTS, PANTS, SWEATPANTS, TANK TOPS, BABY DOLL T-SHIRTS, SWEATSHIRTS, JACKETS, BASKET-BALL JERSEYS, LONG SLEEVE T-SHIRTS, MUSCLE T-SHIRTS, BABY ROMPERS, TODDLER T-SHIRTS

AND TRACK PANTS; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 1,819,042, 2,712,922, AND OTHERS.

SN 76-525,546, FILED 5-27-2003.

TONJA GASKINS, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

Reg. No. 3,352,792

Registered Dec. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: MUSICAL SOUND RECORDINGS; PRE-RECORDED COMPACT DISCS, AUDIO CASSETTES, DVDS, VIDEOTAPES, AND AUDIO/VISUAL DISCS, ALL FEATURING MUSIC; DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

OWNER OF U.S. REG. NOS. 1,840,372, 2,712,922, AND OTHERS.

SN 76-525,547, FILED 5-27-2003.

TONJA GASKINS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,666,335

Registered Aug. 11, 2009

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: MUSICAL SOUND RECORDINGS; MUSI-CAL VIDEO AND AUDIO RECORDINGS; MAG-NETS; AND MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-1996; IN COMMERCE 6-4-1996.

OWNER OF U.S. REG. NOS. 1,840,372, 2,260,193 AND OTHERS.

THE STIPPLING IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A NINJA STAR DE-SIGN WITH THE WORD "METALLICA" STYLIZED AND IN ALL CAPITAL LETTERS SUPERIMPOSED OVER THE CENTER OF THE STAR.

SER. NO. 77-652,999, FILED 1-20-2009.

CURTIS FRENCH, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# METALLICA

**Reg. No. 3,741,986**
Registered Jan. 26, 2010

**Int. Cl.: 26**

**TRADEMARK**
**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: ORNAMENTAL NOVELTY BUTTONS; ORNAMENTAL NOVELTY PINS; ORNAMENT-AL NOVELTY CLOTH PATCHES FOR CLOTHING; ORNAMENTAL NOVELTY EM-BROIDERED PATCHES FOR CLOTHING; AND SHOELACES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-0-1984; IN COMMERCE 10-0-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,705 AND OTHERS.

SER. NO. 77-721,180, FILED 4-23-2009.

BRENDAN REGAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# METALLICA

**Reg. No. 3,823,734**
**Registered July 27, 2010**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: LUNCH BOXES; BEVERAGEWARE; BARWARE, NAMELY, BEVERAGE GLASSWARE AND DRINKING GLASSES AND SHOT GLASSES; BEVERAGE COOLERS, NAMELY, FOAM DRINK HOLDERS AND INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS; INCENSE BURNERS; FLASKS; BOTTLE OPENERS; AND COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-0-1996; IN COMMERCE 6-0-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,819,269, 1,840,372 AND OTHERS.

SER. NO. 77-721,175, FILED 4-23-2009.

BRENDAN REGAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# METALLICA

**Reg. No. 3,982,410**
**Registered June 21, 2011**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: HEADPHONES; MAGNETS; MOUSEPADS; SWITCHPLATES; VIDEO GAMES; DOWNLOADABLE RING TONES, MUSIC, AND ELECTRONIC GAMES VIA THE INTERNET AND WIRELESS DEVICES; AND DOWNLOADABLE AUDIO FILES IN THE FIELD OF MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1991; IN COMMERCE 0-0-1991.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,923,477, 3,352,792, AND OTHERS.

SN 77-981,863, FILED 2-8-2009.

CURTIS FRENCH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# METALLICA

**Reg. No. 4,859,494**

**Registered Nov. 24, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O WG&S, LLP
10990 WILSHIRE BLVD., 8TH FLOOR
LOS ANGELES, CA 90024

FOR: BOARD GAMES; BEACH BALLS; PUZZLES; FLYING DISCS; HOCKEY PUCKS; PLAYING CARDS; COIN AND NON-COIN OPERATED PINBALL MACHINES; AND BOBBLEHEAD DOLLS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-16-2011; IN COMMERCE 6-16-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-606,728, FILED 4-22-2015.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,452,866**

**Registered Apr. 24, 2018**

**Int. Cl.: 15**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 15: Guitar picks; drum sticks

FIRST USE 10-00-2016; IN COMMERCE 10-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,922, FILED 09-21-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,452,867**

**Registered Apr. 24, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 25: Bandanas; cloth bibs; dresses; infantwear; jackets; jerseys; leggings; pants; shirts; shorts; sweaters; sweatpants; sweatshirts; tank tops; thermal shirts; t-shirts; tunics; vests; gloves; headwear

FIRST USE 9-00-2016; IN COMMERCE 9-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,929, FILED 09-21-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,573,362**

**Registered Oct. 02, 2018**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Metallica  (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 16: Art books; art prints; blank journals; books in the field of entertainment; calendars; decals; gift wrap paper; magazines in the field of entertainment; non-magnetically encoded gift cards; posters; protective covers for paper, magazines and the like; printed sheet music; songbooks; stencils; stickers

FIRST USE 10-00-2016; IN COMMERCE 10-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,926, FILED 09-21-2017

Director of the United States
Patent and Trademark Office