**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

METALLICA, a California general partnership,

       Plaintiff,                           Case No.: 1:19-cv-06915

v.                                         Judge Sharon Johnson Coleman

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Maria Valdez
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

**FINAL JUDGMENT ORDER**

This action having been commenced by METALLICA, a California general partnership

("METALLICA" or "Plaintiff") against the defendants identified in the attached First Amended

Schedule A[1] and using the Defendant Domain Names and Online Marketplace Accounts

(collectively, the "Defendant Internet Stores"), and METALLICA having moved for entry of

Default and Default Judgment against the defendants identified in the First Amended Schedule A

attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by METALLICA, a temporary restraining order

and preliminary injunction against Defaulting Defendants which included a domain name transfer

order and asset restraining order;

METALLICA having properly completed service of process on Defaulting Defendants, the

combination of providing notice via electronic publication and e-mail, along with any notice that

Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] Metallica's Motion for Entry of Default and Default Judgment does not apply to the excepted
Defendants marked in the First Amended Schedule A.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks. *See* Docket No. 14 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the METALLICA Trademarks, U.S. Trademark Registration Nos. 1,819,042; 1,842,920; 1,840,372; 1,923,477; 2,038,081; 2,198,824; 2,260,705; 2,231,065; 2,781,225; 2,712,922; 2,621,220; 2,213,592; 2,504,291; 2,804,625; 2,841,402; 3,261,375; 3,275,658; 3,275,659; 3,352,792; 3,666,335; 3,741,986; 3,823,734; 3,982,410; 4,859,494; 5,452,866; 5,452,867 and 5,573,362.

2

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the METALLICA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine METALLICA Product or not authorized by METALLICA to be sold in connection with the METALLICA Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine METALLICA Product or any other product produced by METALLICA, that is not Plaintiff's or not produced under the authorization, control or supervision of METALLICA and approved by METALLICA for sale under the METALLICA Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of

METALLICA, or are sponsored by, approved by, or otherwise connected with METALLICA;

d.  further infringing the METALLICA Trademarks and damaging Plaintiff's goodwill;

e.  otherwise competing unfairly with METALLICA in any manner;

f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for METALLICA, nor authorized by METALLICA to be sold or offered for sale, and which bear any of the METALLICA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

g.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

h.  operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the METALLICA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine METALLICA Product or not authorized by METALLICA to be sold in connection with the METALLICA Trademarks.

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Plaintiff's choosing:

a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the METALLICA Trademarks, including any accounts associated with the Defaulting Defendants listed in the First Amended Schedule A attached hereto;

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the METALLICA Trademarks; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified in the First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Pursuant to 15 U.S.C. § 1117(c)(2), METALLICA is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000)

for willful use of counterfeit METALLICA Trademarks on products sold through at least the Defendant Internet Stores.

5.    Western Union shall, within two (2) business days of receipt of this Order, permanently block any Western Union money transfers and funds from being received by the Defaulting Defendants identified in the First Amended Schedule A.

6.    eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), Amazon Payments, Inc. ("Amazon") and Alipay US, Inc. ("Alipay"), shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, Amazon and Alipay, are hereby released to METALLICA as partial payment of the above-identified damages, and eBay, PayPal, Amazon and Alipay is ordered to release to METALLICA the amounts from Defaulting Defendants' eBay, PayPal, Amazon and Alipay accounts within ten (10) business days of receipt of this Order.

8.    Until METALLICA has recovered full payment of monies owed to it by any Defaulting Defendant, METALLICA shall have the ongoing authority to serve this Order on eBay, PayPal, Amazon and Alipay in the event that any new Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, eBay, PayPal, Amazon and Alipay shall within two (2) business days:

a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any eBay, PayPal, Amazon and Alipay accounts;

b. Restrain and enjoin such accounts or funds that are Asia based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' eBay, PayPal, Amazon and Alipay accounts to METALLICA as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiffs METALLICA Trademarks.

9. Until METALLICA has recovered full payment of monies owed to it by any Defaulting Defendant, METALLICA shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to METALLICA as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

    d.   Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's METALLICA Trademarks.

10.    In the event that METALLICA identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, METALLICA may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Paul Varley and any e-mail addresses provided for Defaulting Defendants by third parties.

11.    The bond posted by Plaintiff in the amount of $10,000 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: January 8, 2020

_____
Sharon Johnson Coleman
United States District Court Judge

**FIRST AMENDED SCHEDULE A**

| No. | Defendants |
|:---:|:---|
| 1 | 3plazados |
| 2 | 5073283 |
| 3 | 912c_gg |
| 4 | aagun-22 |
| 5 | abgiffar_0 |
| 6 | abhicandara |
| 7 | abigailzsy1996-7 |
| 8 | abrahareynan_0 |
| 9 | adah1rese0 |
| 10 | adirawa-1 |
| 11 | afroki009121 |
| 12 | agari-8384 |
| 13 | ███████████████ |
| 14 | agisnfirzi_0 |
| 15 | aguardiant_0 |
| 16 | agura.gintama |
| 17 | ahal6074 |
| 18 | ahdi_6 |
| 19 | ahfa6887 |
| 20 | ahmadazizichwanudialf0 |
| 21 | ajurba_59 |
| 22 | akhtarstudio |
| 23 | alaperman0 |
| 24 | albersuin_0 |
| 25 | amaffandis-0 |
| 26 | amphcha0 |
| 27 | anarchyinthukay |
| 28 | anazryan |
| 29 | andalid |
| 30 | andsahi_0 |
| 31 | angelic_threads |
| 32 | angga_aj |
| 33 | anina-90 |
| 34 | annsora_0 |
| 35 | anpoline_0 |
| 36 | anru6683 |

| 37 | anurawongsathi-0 |
| 38 | aphichirunatebordi-0 |
| 39 | archer_studio |
| 40 | argume-0 |
| 41 | ariafand_46 |
| 42 | ███████████████ |
| 43 | asinani_barokah |
| 44 | askj_7699 |
| 45 | asmak-84 |
| 46 | awakristiant-0 |
| 47 | banmub-68 |
| 48 | bara9148 |
| 49 | basamalah |
| 50 | benzstore11 |
| 51 | best_price90-7 |
| 52 | best-tshirt77 |
| 53 | bestqua14 |
| 54 | bintari67 |
| 55 | bintsunt0 |
| 56 | birextx24 |
| 57 | blue_chic_shop68 |
| 58 | botoaqu-0 |
| 59 | brku03 |
| 60 | brtos-85 |
| 61 | budsudarson-0 |
| 62 | buka_90 |
| 63 | bunchyutc_0 |
| 64 | busan-91 |
| 65 | busel_33 |
| 66 | buvecasar3 |
| 67 | c56wol-42 |
| 68 | c58wol-98 |
| 69 | caleen168 |
| 70 | capricorn_cloud |
| 71 | carina68 |
| 72 | chainpulse |
| 73 | chendoki85 |
| 74 | ███████████████ |
| 75 | chollatis |

| 76 | choofong_maju |
|---|---|
| 77 | chusyp51 |
| 78 | chuy8988 |
| 79 | clezz16 |
| 80 | cloudtshirt88 |
| 81 | coleroflife |
| 82 | crazy_factory2018 |
| 83 | ███████████████ |
| 84 | cupra-0 |
| 85 | curo_64 |
| 86 | cwt8655 |
| 87 | da98_52 |
| 88 | dah8851 |
| 89 | de_6749 |
| 90 | degun-11 |
| 91 | dellabya |
| 92 | ███████████████ |
| 93 | dewtij0 |
| 94 | diptya_art |
| 95 | diputa0 |
| 96 | do3663 |
| 97 | donid27 |
| 98 | dtknstore |
| 99 | duabelasenti |
| 100 | dusis_0 |
| 101 | dutha-98 |
| 102 | dxystickers |
| 103 | e.type |
| 104 | edluhu0 |
| 105 | elmilu0 |
| 106 | erickolim7 |
| 107 | ethnicpalace |
| 108 | evsafrian_0 |
| 109 | fad_trend |
| 110 | fafaid1 |
| 111 | fantasticlandthai |
| 112 | farawen_0 |
| 113 | fashion.case |
| 114 | fawsap0 |

| 115 | felijunaid0 |
| 116 | fikurn0 |
| 117 | firaheriansya0 |
| 118 | firyu31 |
| 119 | firzdan |
| 120 | fullo.packseru |
| 121 | gasa_1850 |
| 122 | gedanbanan0 |
| 123 | gem-8934 |
| 124 | gilraha-94 |
| 125 | goldenshirt |
| 126 | goodseals |
| 127 | gorndeco |
| 128 | gugukemban0 |
| 129 | gunwin82 |
| 130 | gussob_39 |
| 131 | gybell-0 |
| 132 | haefe-3 |
| 133 | hafi_11 |
| 134 | hamhtruo-0 |
| 135 | hamonverg_0 |
| 136 | hanyaitu |
| 137 | ████████████ |
| 138 | harman_641 |
| 139 | haut-74 |
| 140 | hehan_67 |
| 141 | henart_40 |
| 142 | henrizm13 |
| 143 | herkusnanda0 |
| 144 | hermagumilan0 |
| 145 | hermayuliant-0 |
| 146 | hito-52 |
| 147 | hoanglu44 |
| 148 | hoanha87 |
| 149 | homloo_t-shirt_store |
| 150 | hongpth-38 |
| 151 | hot.deal.us.888 |
| 152 | hotrong76 |
| 153 | ht57-5 |

| 154 | igoendz1993_clothing |
| 155 | ii_922 |
| 156 | ilmar-2085 |
| 157 | imaarifi_9 |
| 158 | in0585 |
| 159 | indracustom |
| 160 | inrahmacollection |
| 161 | iwpras-0 |
| 162 | izri06 |
| 163 | izzi_37 |
| 164 | jaballiun |
| 165 | jajangcustom |
| 166 | jambrongau_0 |
| 167 | |
| 168 | jatmiopa212 |
| 169 | jem_syariah |
| 170 | jenakaay_68 |
| 171 | jiajiayi456 |
| 172 | jianyuyu123 |
| 173 | jnca38 |
| 174 | johkwo_71 |
| 175 | joswa9731 |
| 176 | joza-45 |
| 177 | jp2014_yuy |
| 178 | juke_art |
| 179 | jyj_mus0 |
| 180 | kamu6853 |
| 181 | keponakaganten-0 |
| 182 | kethubu23 |
| 183 | khoirinida |
| 184 | kietr_99 |
| 185 | kietr-87 |
| 186 | kikio.cover |
| 187 | kimnluu-0 |
| 188 | kish_ru |
| 189 | kizulf-0 |
| 190 | kliwobunde_0 |
| 191 | koepra-0 |
| 192 | koncdew0 |

| | |
|---|---|
| 193 | koolstuff_here |
| 194 | kopray_0 |
| 195 | kosto6 |
| 196 | kotakkabinet10_8 |
| 197 | kritnacharoenma-0 |
| 198 | kumnin-0 |
| 199 | kuplinovsergey |
| 200 | kurumi_mey |
| 201 | kuuhakustudio |
| 202 | kwanpornta_0 |
| 203 | laefe-22 |
| 204 | lakcon_0 |
| 205 | lamp_shines |
| 206 | lang85pa-5 |
| 207 | lata-id2014 |
| 208 | laurdes4 |
| 209 | lavie.bookman |
| 210 | le-4940 |
| 211 | levanan1703937 |
| 212 | liasuid |
| 213 | lifer_32 |
| 214 | lin-7385 |
| 215 | little_herroes |
| 216 | longla49 |
| 217 | ███████████████ |
| 218 | love_shirt88 |
| 219 | loving_outbox |
| 220 | lunarsuma_store |
| 221 | lurasema_0 |
| 222 | lydleev |
| 223 | lyshop007-6 |
| 224 | maal2139 |
| 225 | maefe-0 |
| 226 | maju_maju |
| 227 | makeit_easy_buy |
| 228 | marcdiwoy-0 |
| 229 | marion_shop |
| 230 | marydecal |
| 231 | masani |

| | |
|---|---|
| 232 | matuselueangsuntho_0 |
| 233 | maul7819 |
| 234 | maylystore |
| 235 | mayongmaju09 |
| 236 | mc-fashion999 |
| 237 | mendkamali-0 |
| 238 | meow_shop_810 |
| 239 | miki_87 |
| 240 | millanifernande0 |
| 241 | miss.sticker |
| 242 | mnpcollection |
| 243 | moabdullo-0 |
| 244 | mofxtrade647 |
| 245 | morlel-0 |
| 246 | mrgoldkam |
| 247 | mrifa_32 |
| 248 | mryun2009 |
| 249 | mstore40 |
| 250 | mu-554 |
| 251 | mubo01 |
| 252 | muhammayog5 |
| 253 | mujkhodi0 |
| 254 | musicollector |
| 255 | mussi-35 |
| 256 | mustaqipurnoputr-0 |
| 257 | myhthi_0 |
| 258 | naapr_0 |
| 259 | nadid86 |
| 260 | natella2015 |
| 261 | nattkhehar-0 |
| 262 | naufaqamaluddi-0 |
| 263 | ndangb97 |
| 264 | █████████████████████ |
| 265 | ngbui_50 |
| 266 | ngudanh-96 |
| 267 | nguhai_55 |
| 268 | nguthuc_77 |
| 269 | nguyenthmie-0 |
| 270 | nguykim66 |

| 271 | nguyngoc_0 |
| 272 | nguysi-0 |
| 273 | nhungn-62 |
| 274 | niasm62 |
| 275 | nikputr0 |
| 276 | nortontop |
| 277 | noviwib-0 |
| 278 | ns.niknik12 |
| 279 | ntha70 |
| 280 | nyotomi_joyo66 |
| 281 | omahtuek90-4 |
| 282 | onparoleproductions |
| 283 | ospra60 |
| 284 | pabo_ondal |
| 285 | pahing_store |
| 286 | panderossaprintshop |
| 287 | passive_dynamic |
| 288 | patchcube-shop |
| 289 | pawan24956 |
| 290 | pengyong51 |
| 291 | perfect_cover |
| 292 | perm_dev |
| 293 | perma.ngati |
| 294 | permperma |
| 295 | pha6680 |
| 296 | phil300151 |
| 297 | picknsave |
| 298 | ployshop.ltd |
| 299 | pocca_mocca |
| 300 | polinapch21 |
| 301 | pollavich |
| 302 | pornsanp0 |
| 303 | portgas.daece |
| 304 | prakasilekkimli_0 |
| 305 | prasopsurotmi_0 |
| 306 | prja_55 |
| 307 | prospect_avenue |
| 308 | qfnh6261 |
| 309 | queenclocks |

| 310 | race_horecaa |
|-----|--------------|
| 311 | radityalee8_3 |
| 312 | rahmarifa-0 |
| 313 | rainbowharry |
| 314 | ramadamadiniputr0 |
| 315 | ramadhan_super_case |
| 316 | ramayana_dept_store |
| 317 | ranjanardhan-0 |
| 318 | rehaid4 |
| 319 | relkarlin0 |
| 320 | reltok |
| 321 | renianita |
| 322 | rephael09 |
| 323 | ressrizk_0 |
| 324 | rfazsa-shop |
| 325 | riana56 |
| 326 | richard_tree |
| 327 | rickrock12 |
| 328 | rienameli0 |
| 329 | rifkdarmint_7 |
| 330 | riminzhan |
| 331 | riskan |
| 332 | ritaqoba-0 |
| 333 | riyaden_0 |
| 334 | rock_stickers23 |
| 335 | rockexpert2009 |
| 336 | rockstar-clothing |
| 337 | roman_bychkov |
| 338 | romantuz |
| 339 | ronsomark |
| 340 | roswellwitness |
| 341 | ruafri-75 |
| 342 | ruensitth_0 |
| 343 | ruprintees |
| 344 | ruronyykenshin |
| 345 | ruthstore15 |
| 346 | saekoji212 |
| 347 | saensinpaenkha-0 |
| 348 | sandaladoh64 |

| 349 | sandall_2m |
|---|---|
| 350 | sandun_93 |
| 351 | sanesar0 |
| 352 | saskimir_0 |
| 353 | sebastiam.wirawa_0 |
| 354 | shankstudio |
| 355 | shippingfun |
| 356 | shizuka176suk_0 |
| 357 | silungl0 |
| 358 | simual-0 |
| 359 | slitheulok_0 |
| 360 | soau-0 |
| 361 | somsama-53 |
| 362 | sounofsou_0 |
| 363 | steef_store |
| 364 | sugen_2015 |
| 365 | sugisinu |
| 366 | sumeler_majumakmur78 |
| 367 | sunsin_0 |
| 368 | supperstore2018 |
| 369 | supphmunc-0 |
| 370 | supya84 |
| 371 | sus_6364 |
| 372 | syaiqoma |
| 373 | taquang-51 |
| 374 | taver604 |
| 375 | temlawa-0 |
| 376 | term2415 |
| 377 | thaitra_77 |
| 378 | thanvo0 |
| 379 | thaonguye-60 |
| 380 | the.stickers.lab |
| 381 | theabunizam |
| 382 | thegreats2000 |
| 383 | thequeenshop |
| 384 | thevinyltown |
| 385 | thidngu-0 |
| 386 | thnah_uy12 |
| 387 | thqu_20 |

| | |
|---|---|
| 388 | thtra-7024 |
| 389 | ties_role |
| 390 | tigabelas33 |
| 391 | tiot-75 |
| 392 | toback37 |
| 393 | |
| 394 | tobus7287 |
| 395 | toja-cloth |
| 396 | token-82 |
| 397 | toko-madju |
| 398 | topiard_0 |
| 399 | toresdesign |
| 400 | |
| 401 | travilu89 |
| 402 | triehi_0 |
| 403 | trona_drone |
| 404 | tshirt-hot2204 |
| 405 | tsurumi_ken |
| 406 | tt-life |
| 407 | tua9395 |
| 408 | tuggolen-0 |
| 409 | tumnon_0 |
| 410 | turbodealer203 |
| 411 | |
| 412 | uliaprotect |
| 413 | ummhabiba_0 |
| 414 | urbansticker |
| 415 | usedw_ltlcitcab |
| 416 | uspopshop |
| 417 | utrusd-0 |
| 418 | uyeuye |
| 419 | valeriabond |
| 420 | van_2868 |
| 421 | vavb224 |
| 422 | venus_blue |
| 423 | vertex_anie |
| 424 | vigounda_97 |
| 425 | vikol_studio |
| 426 | vile_surv |

| 427 | vinylkillmp3 |
| 428 | viralurban |
| 429 | vivu48 |
| 430 | vo0598 |
| 431 | vtg_materials |
| 432 | wachirsunth-0 |
| 433 | wallineed |
| 434 | wang_lii |
| 435 | ██████████████████ |
| 436 | wanla0 |
| 437 | wfope_fc17 |
| 438 | widyasintai |
| 439 | wiliaraff-0 |
| 440 | wirjan0kee |
| 441 | wnagssheng |
| 442 | wowmag100 |
| 443 | xenpowpi |
| 444 | xingfubin88 |
| 445 | xingli1011-2 |
| 446 | xubiala |
| 447 | xufengwis661 |
| 448 | yad_marya |
| 449 | yana.taketatsu |
| 450 | yanimart990 |
| 451 | yase-13 |
| 452 | yatay-2 |
| 453 | yawan-22 |
| 454 | yayahak_0 |
| 455 | yimei136888 |
| 456 | yingjiata-0 |
| 457 | yobes8 |
| 458 | yudanni066 |
| 459 | yuslindnurjana-0 |
| 460 | yyc19872015 |
| 461 | zaclo-50 |
| 462 | zaimalik0 |
| 463 | zaina_zaini_sukses |
| 464 | zaincloth16 |
| 465 | zakizulham218_7 |

| | |
|---|---|
| 466 | zbamstreetfashion |
| 467 | zdmshop |
| 468 | zhengguo1981 |
| 469 | |
| 470 | 151703 Store |
| 471 | 153p Store |
| 472 | 18823 Store |
| 473 | 2018Dodo Tshirt Store |
| 474 | 5960 Store |
| 475 | 6z Store |
| 476 | |
| 477 | 911 Store |
| 478 | 951888 Store |
| 479 | Aaronstone Store |
| 480 | |
| 481 | AIEX Store |
| 482 | AliCarl Serise Store |
| 483 | all posters Store |
| 484 | Angelia Colothing Store |
| 485 | Anybz Store |
| 486 | Area 13th Store |
| 487 | Assier Store |
| 488 | baoping999 Store |
| 489 | BKMY Store |
| 490 | |
| 491 | BLINGIRD Muzu Art Store |
| 492 | |
| 493 | Boutique Clothes Store |
| 494 | buckle world II |
| 495 | |
| 496 | Buleflyer Specialist Store |
| 497 | |
| 498 | China Very Good Store |
| 499 | |
| 500 | cn1525423379iclp Store |
| 501 | cn1527132210ykqh Store |
| 502 | Curel Fancl Dropshipping Store |
| 503 | CustomDesign Hoodies Store |
| 504 | dadada and dadada Store |

| | |
|---|---|
| 505 | dan k Store |
| 506 | ███████████████████████ |
| 507 | DEMLFEN C Store |
| 508 | Donald Trump007 Store |
| 509 | Donjerry 666 Jewellry Store |
| 510 | DXYMOO Official Store |
| 511 | earlfamily A2 Store |
| 512 | Einiosaurus AMTEE Store |
| 513 | Einiosaurus HXtee Store |
| 514 | Eranlee Store |
| 515 | Fandom Shirt Store |
| 516 | Fangxi Store |
| 517 | FashionWear Store |
| 518 | feng dou trading company Store |
| 519 | fengqwiwutong Store |
| 520 | Forest shop Store |
| 521 | FreshLine Tshirt Store |
| 522 | Friend Store |
| 523 | Fun Skull Store |
| 524 | Funny Design Store |
| 525 | Gakaki Official Store |
| 526 | GILAG BAIXIANGGUO Store |
| 527 | Glam N Grunge Store |
| 528 | Goldshirt Store |
| 529 | Good For You 2019 Store |
| 530 | Good Man 888 Store |
| 531 | gucun Store |
| 532 | ███████████████████████ |
| 533 | HdDRYoY Creativity Store |
| 534 | He 002 Store |
| 535 | HELLSANGELS Store |
| 536 | hongda2019 Store |
| 537 | hongda8013 Store |
| 538 | husan6699 Store |
| 539 | HZIJUE Hip-Hop Store |
| 540 | Iedm store Store |
| 541 | instantarts Official Store |
| 542 | jackherelook Official Store |
| 543 | jackherelook Store |

| | |
|---|---|
| 544 | |
| 545 | Jia Zhi Technology Co., Ltd. |
| 546 | jialu03 Store |
| 547 | jiangkao 126 Store |
| 548 | JuyiOrnaments Store |
| 549 | JYJC Store |
| 550 | kaikai888 Store |
| 551 | KE YI trading company Store |
| 552 | KLPOO Store |
| 553 | kongtshirt Store |
| 554 | Korok Store |
| 555 | Kyle Store |
| 556 | |
| 557 | |
| 558 | |
| 559 | LAIDILANGTU Store |
| 560 | Lavaza Manufacturer Store |
| 561 | Lavaza Official Store |
| 562 | LC Women Store |
| 563 | LEITURE Store |
| 564 | LEOCLOTHO Official Store |
| 565 | Li Loye Official Store |
| 566 | Linbao POSTER Store |
| 567 | Linhuazhan Store |
| 568 | Linnor Store |
| 569 | linxiapuzi |
| 570 | linyefeng Store |
| 571 | |
| 572 | LODIELINKTR Official Store |
| 573 | Long TF Backpack drop shipping Store |
| 574 | longyunyueqi Store |
| 575 | lovetshirts Store |
| 576 | LSC Online Store |
| 577 | Lukeni1 Jewllery Store |
| 578 | Lureme Official Store |
| 579 | M M Store |
| 580 | Manlord Store |
| 581 | manni999 Store |
| 582 | Michaeltee Store |

| 583 | Movie poster Tshirt Store |
|-----|---------------------------|
| 584 | Mr. Buckle Store |
| 585 | MY 3C Store |
| 586 | NBZZR Quality life Store |
| 587 | |
| 588 | |
| 589 | |
| 590 | oranges victory Store |
| 591 | personalityprintedtee Store |
| 592 | pingbao0909 Store |
| 593 | pingping Store |
| 594 | PTDDYI Store |
| 595 | PYM Store |
| 596 | qunexc baby-poster Store |
| 597 | RR Poster Store |
| 598 | ShenZhen Wind Store |
| 599 | Shop1021357 Store |
| 600 | Shop109767 Store |
| 601 | Shop1114252 Store |
| 602 | Shop114161 Store |
| 603 | shop12138 Store |
| 604 | Shop1710728 Store |
| 605 | Shop1918841 Store |
| 606 | Shop2167085 Store |
| 607 | Shop2980020 Store |
| 608 | Shop3218013 Store |
| 609 | Shop3684123 Store |
| 610 | Shop3717008 Store |
| 611 | Shop3722008 Store |
| 612 | Shop3734026 Store |
| 613 | Shop4140011 Store |
| 614 | |
| 615 | Shop4423103 Store |
| 616 | Shop4462005 Store |
| 617 | Shop4514066 Store |
| 618 | Shop4572029 Store |
| 619 | Shop4639056 Store |
| 620 | Shop4640102 Store |
| 621 | Shop4661158 Store |

| 622 | Shop4675056 Store |
|-----|-------------------|
| 623 | Shop4681081 Store |
| 624 | Shop4683001 Store |
| 625 | Shop4689082 Store |
| 626 | Shop4693077 Store |
| 627 | Shop4695138 Store |
| 628 | Shop4697034 Store |
| 629 | Shop4701069 Store |
| 630 | Shop4715058 Store |
| 631 | Shop4717014 Store |
| 632 | Shop4736032 Store |
| 633 | Shop4750019 Store |
| 634 | Shop4761032 Store |
| 635 | Shop4799001 Store |
| 636 | Shop4801045 Store |
| 637 | Shop4816005 Store |
| 638 | Shop4841007 Store |
| 639 | Shop4847005 Store |
| 640 | Shop4883004 Store |
| 641 | Shop4890018 Store |
| 642 | Shop4914010 Store |
| 643 | Shop4916040 Store |
| 644 | Shop4916073 Store |
| 645 | ████████████████ |
| 646 | Shop4929068 Store |
| 647 | Shop4937064 Store |
| 648 | Shop4965030 Store |
| 649 | Shop4966037 Store |
| 650 | Shop4972060 Store |
| 651 | Shop4972088 Store |
| 652 | Shop4972104 Store |
| 653 | Shop4974006 Store |
| 654 | Shop4985040 Store |
| 655 | Shop4987010 Store |
| 656 | Shop4988088 Store |
| 657 | Shop4988357 Store |
| 658 | Shop4989142 Store |
| 659 | Shop4990235 Store |
| 660 | Shop4992241 Store |

| | |
|---|---|
| 661 | Shop4994189 Store |
| 662 | Shop4994197 Store |
| 663 | shop4yoo Store |
| 664 | Shop5001028 Store |
| 665 | Shop5005078 Store |
| 666 | Shop5005106 Store |
| 667 | Shop5005120 Store |
| 668 | Shop5006215 Store |
| 669 | Shop5007014 Store |
| 670 | Shop5008212 Store |
| 671 | Shop5021142 Store |
| 672 | Shop5030089 Store |
| 673 | SIEMNINO J-R Store |
| 674 | Smfghf Store |
| 675 | SportCar Caps 2019 Store |
| 676 | SSKK Store |
| 677 | SUSONG BOSHAN Store |
| 678 | SUSONG XULING Store |
| 679 | |
| 680 | Theme grocery store |
| 681 | time3rd666 Store |
| 682 | tomatoshirt Store |
| 683 | TOPSKIDS Store |
| 684 | TopTees Store |
| 685 | TrendTee Store |
| 686 | trendy tees Store |
| 687 | Tshirt |
| 688 | TUNICA Hat factory Store |
| 689 | TV Shows Online Store |
| 690 | TX110 Store |
| 691 | TXHMUT TT infant shirt Store |
| 692 | U & M shirt Store |
| 693 | U and Me Tees |
| 694 | U2 Tshirt Store |
| 695 | UptownFunk Store |
| 696 | VEIA Discount Store |
| 697 | Vintage Decor |
| 698 | Vintage Stuff |
| 699 | Vixm Gobal Store |

| 700 | Vman Station Store |
|---|---|
| 701 | Vsenfo 2 Store |
| 702 | warehou Store |
| 703 | Warm Hoodie Store |
| 704 | WEBBEDEPP Literature Art Store |
| 705 | WEBBEDEPP Swag Man Store |
| 706 | Wei Art World Store |
| 707 | |
| 708 | Wellage Dropshipping Store |
| 709 | Wendyqute Store |
| 710 | Whosale Printee Shirt Store |
| 711 | Wishining |
| 712 | |
| 713 | WUXINHCA WUXINHCA Store |
| 714 | |
| 715 | xiaopen Store |
| 716 | xiaoxiaomu Store |
| 717 | Xiaoying Photography Store |
| 718 | Xinhuacheng  and Apparel Store |
| 719 | |
| 720 | xuanying Store |
| 721 | XunQian Store |
| 722 | XvX Store |
| 723 | XWZJK168 Store |
| 724 | Y -Ming Store |
| 725 | Y-POP Wardrobe Store |
| 726 | YANANA Store |
| 727 | yang8888 Store |
| 728 | YDBS Store |
| 729 | YELITE 3D Print Store |
| 730 | yev Official Store |
| 731 | YI YI EUN SANG Store |
| 732 | yiren032 Store |
| 733 | |
| 734 | YiWuSiHai Store |
| 735 | YK UNCLE Official Store |
| 736 | Yoaee Store |
| 737 | Yomic Sica Store |
| 738 | You&We Store |

| | |
|---|---|
| 739 | YourDreammaker Store |
| 740 | YuanHaoPengPeng Gift Store |
| 741 | YUANMAN Store |
| 742 | yushang Store |
| 743 | ████████████████████ |
| 744 | zappos shirt company |
| 745 | ZeagooApparel Store |
| 746 | ZengjinpingShop Store |
| 747 | Zhejiang C Y F Store |
| 748 | zhuistar LovePanda Store |
| 749 | zhuofan Store |
| 750 | Ziling Decoration Store |
| 751 | ZMEE Store |
| 752 | ████████████████████ |
| 753 | ZSIIBO Kids2 Store |
| 754 | ZTX CUSTOM |
| 755 | ZUTTER Store |
| 756 | zyswyxgs Store |
| 757 | ████████████████████ |
| 758 | Yiwu Baocai Jewelry Co., Ltd. |
| 759 | Yiwu Yuluan E-Commerce Llc. |
| 760 | 2018 mats |
| 761 | 24X7 days |
| 762 | ADSOLYPH |
| 763 | Amethystly |
| 764 | ANANBOYLE |
| 765 | B-store2000 |
| 766 | Beier |
| 767 | beryl Rosalind |
| 768 | Beyong |
| 769 | Black6red |
| 770 | Cheeper Eletina Ds |
| 771 | Colin Forster |
| 772 | Cumque |
| 773 | Elainely |
| 774 | EllaUS |
| 775 | Europer |
| 776 | FUYKGJKH |
| 777 | GiftSolutions |

| 778 | Glimmer |
|-----|---------|
| 779 | GROWING-J |
| 780 | HAN JUA HUA |
| 781 | haosiniba552 |
| 782 | hijimi |
| 783 | HRYK |
| 784 | HuiXiejian |
| 785 | Huyuadu |
| 786 | I Home Shopping |
| 787 | iDaddyshop |
| 788 | Ira Camp |
| 789 | jadetian |
| 790 | John t foster |
| 791 | Josephine Sawyer |
| 792 | JUNR |
| 793 | Kennedy Frederic |
| 794 | KissKid |
| 795 | LBOS |
| 796 | Lovebbag |
| 797 | LuckyTagy |
| 798 | lvpaishangmao |
| 799 | MAYBE |
| 800 | MLTseown |
| 801 | Mortimer Gilbert |
| 802 | MountGet |
| 803 | northskysell |
| 804 | Novelty hoodie clothing |
| 805 | Nydia Direct |
| 806 | qwerftghjkJY |
| 807 | ranningquy |
| 808 | Reneesme Direct |
| 809 | Sanmatic Art |
| 810 | SDx2x32cx. |
| 811 | SHLEM |
| 812 | shopARMUS |
| 813 | Sofieya Direct |
| 814 | starmaxx |
| 815 | SUPER ACHILD |
| 816 | thinkcreation9 |

| 817 | Tianxiangl |
| 818 | tina siscoS |
| 819 | Tyler Childe |
| 820 | Unique Posters |
| 821 | Uqingqujin |
| 822 | VIORICA |
| 823 | WeWeier Accessories Supply |
| 824 | WMXL |
| 825 | WuquJian |
| 826 | XChaTjsdueler |
| 827 | y-fgh35f2 |
| 828 | ZFSMZM |
| 829 | zjjipffittcn |
| 830 | ZLRY |
| 831 | *EXCEPTED* |
| 832 | *EXCEPTED* |
| 833 | *EXCEPTED* |
| 834 | *EXCEPTED* |
| 835 | *EXCEPTED* |
| 836 | *EXCEPTED* |
| 837 | *EXCEPTED* |